Case 1-17-46195-ess   INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY   16:38:02

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| December 11, 2017 12:55:18 PM EST | 7188483759 | 53 | 1 | Received |

# THE LAW OFFICES OF

## HARVINDER P JULKA, Esq.

119-02 Liberty Ave
Suite 2
Richmond Hill, NY 11419

Tel: (718) 848-2020
Fax: (718) 848-3759
julka@julkalaw.com

Harvinder Ranu Julka, Esq.

December 11th, 2017

Via Facsimile: 1-347-394-1865
Honorable Judge Elizabeth Stong
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

Re: In re Sadna Bhupsingh
Case No: 17-46195-ess
Order Scheduling Hearing on Application for Order to Show Cause

Dear Honorable Judge Stong,

    Please take notice my office represents Bawa Real Estate and Management Inc ("Bawa"), incorrectly addressed by debtor above mentioned as Bawa Realty and Management Corp on the above captioned matter, and I have also been named personally in the Order to Show Cause filed on December 5, 2017.

    The return date for the Order to Show Cause is December 12, 2017 in the Eastern District. I am not admitted in the Eastern District. I will be opposing the Order to Show Cause filed, however, I am unable to make the December 12th appearance because of prior obligations that I cannot be excused from. If the Court requires, I can make a telephonic appearance, or if the Court may so instruct, I would be amenable to an adjourned dated. My available dates are December 15th, 2017 and December 20th, 2017. My contact information is given above should the Court require anything further.

    Thank you for your attention, and please excuse this informal intrusion.

Sincerely,

Harvinder Julka, Esq.

cc: Vivian Williams
via email: vwilliams@vmwassociates.com